IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORY T. ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE COUNTY OF DOUGLAS, is to be sued in Official Capacity; PAUL LATSCHER, O.P.D. Officer, is to be sued Individually and in his Official Capacity; JERRY SWANSON, O.P.D. Officer, is to be sued Individually and in his Official Capacity; THE CITY OF OMAHA, a Municipality, is to be sued in its Official Capacity; and DONALD KLEINE, Douglas County District Attorney, is to be sued Individually and in his Official Capacity;<br><br>    Defendants. | 8:16CV221<br><br><br>**MEMORANDUM<br>AND ORDER** |

   This matter is before the court on Plaintiff's amended motion for leave to proceed in forma pauperis on appeal. (Filing No. 27.) Upon Plaintiff's initial motion, the court determined that Plaintiff must pay an initial partial filing fee of $247.61 based upon average monthly deposits of $1,238.06 for the six months preceding the filing of his notice of appeal. (Filing No. 23.) Plaintiff states, in his amended motion, that he is unemployed and without any funds to pay the filing fee. (Filing No. 27.) He asks that the court waive the $505 filing fee. (*Id.*)

   The court cannot grant Plaintiff the relief that he requests. The Prison Litigation Reform Act ("PLRA") requires prisoner plaintiffs to pay the full amount of the court's $505.00 appellate filing fee by making monthly payments to the court, even if the prisoner is proceeding in forma pauperis. 28 U.S.C. § 1915(b).

The PLRA "makes prisoners responsible for their filing fees the moment the prisoner brings a civil action or files an appeal." *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951, 952 (D. Neb. 2001) (citing *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997)). The appellate filing fee is assessed when the district court receives the prisoner's notice of appeal. *Henderson v. Norris*, 129 F.3d 481, 485 (8th Cir. 1997). Accordingly,

IT IS THEREFORE ORDERED that: Plaintiff's amended motion for leave to proceed in forma pauperis (Filing No. 27) is denied. The clerk's office is directed to send a copy of this order to the Eighth Circuit.

Dated this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge